The Honorable Mary Alice Theiler

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,           )
                                    )     NO. MS05-00003RSM-MAT
10                      Petitioner,  )
                                    )
11              v.                   )
                                    )     **ORDER OF CONTEMPT**
12   PAUL V. HANSON,                 )
                                    )
13                      Respondent.  )
                                    )
14   _____

15          WHEREAS, the Court having issued an Order to Show Cause, directing Respondent to

16   appear and show cause why he should not be held in Contempt of this Court for failure to appear,

17   testify, and produce books, papers, records, and other data, as directed in the Order of

18   Enforcement of Summons entered in the above-entitled case on February 17, 2005;

19          WHEREAS, Respondent having failed to appear for the show cause hearing set for April

20   25, 2005;

21          WHEREAS, the Court found Respondent in Contempt of Court and a bench warrant for

22   his arrest was issued on April 25, 2005;

23          WHEREAS, Respondent was arrested by the United States Marshals and brought before

24   the Court today;

25          WHEREAS, counsel was appointed to represent Respondent;

26

27   ORDER OF CONTEMPT - 1
     [MS05-00003RSM-MAT]
28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

WHEREAS, the Court heard the arguments and testimony of the parties; and

WHEREAS, no cause was shown as to why Respondent should not be held in Contempt of Court for failure to comply with this Court's Order of Enforcement of Summons.

IT IS HEREBY ORDERED:

That Respondent, Paul V. Hanson, is in Contempt of Court for failure to comply with this Court's Order of Enforcement of Summons.  Respondent is in Contempt of Court for failure to comply with the IRS summons issued and served on him on July 2, 2004.

IT IS FURTHER ORDERED:

That Respondent shall be detained and remanded to the custody of the United States Marshals.  Respondent shall be detained until such time as he fully complies with the Court's Order of Enforcement of Summonses by producing the records demanded in the IRS summons served on him on July 2, 2004.

DATED this 29th day of April, 2005.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA# 28189
Assistant United States Attorney

ORDER OF CONTEMPT - 2
[MS05-00003RSM-MAT]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970